1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT DAVIS,                           No.  2:17-cv-0924 KJN P

12                   Plaintiff,

13        v.                                 ORDER

14   THE OFFICE OF THE PUBLIC
     DEFENDER, et al.,
15
                     Defendants.
16

17

18          Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his jail trust account statement

21   for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C.

22   § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a certified copy of

23   his prison trust account statement.

24          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

25   within thirty days from the date of this order, a certified copy of his jail trust account statement

26   for the six month period immediately preceding the filing of the complaint.  Plaintiff's

27   ////

28   ////

                                                    1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  May 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/davi0924.3C.new