UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE OFFICE OF THE PUBLIC DEFENDER, et al.,<br><br>　　　　　　Defendants. | No. 2:17-cv-0924 GEB KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former Sacramento County Jail inmate, later transferred to state custody. By an order filed May 9, 2017, plaintiff was ordered to file a certified copy of his jail trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.

Plaintiff's copy of the order, directed to the jail, was returned as undeliverable. On May 24, 2017, the order was then re-served on plaintiff at Deuel Vocational Institution ("DVI"). Thirty days from that date have now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/davi0924.fifp