UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHELLE SHAFFIE,<br><br>        Defendant. | No. 2:17-cv-0924 GEB KJN P<br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: August 11, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kly/cw/davi0924.59

1